# United States Bankruptcy Court
## Southern District of Ohio

In re: **Billy Ray Adams**, **Ruth Ann Adams**, Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 28, 2022**

**/s/ Billy Ray Adams**
**Billy Ray Adams**
Signature of Debtor

Date: **February 28, 2022**

**/s/ Ruth Ann Adams**
**Ruth Ann Adams**
Signature of Debtor