**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Billy Ray Adams** | Social Security number or ITIN   **xxx–xx–7605** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ruth Ann Adams** | Social Security number or ITIN   **xxx–xx–1598** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Ohio**

Case number:   **3:22–bk–30214**

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Billy Ray Adams                             Ruth Ann Adams

<u>6/9/22</u>                                **By the court:** <u>Guy R. Humphrey</u>
                                                       United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 22-30214-grh |
| Billy Ray Adams | Chapter 7 |
| Ruth Ann Adams | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-3 | User: ad | Page 1 of 4 |
| Date Rcvd: Jun 09, 2022 | Form ID: 318 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Billy Ray Adams, Ruth Ann Adams, 10370 Gratis Jacksonburg Rd., Somerville, OH 45064-9615 |
| 20859175 | + | ADT, 35 Triangle Park Dr., Suite 3500, Cincinnati, OH 45246-3411 |
| 20859181 | ++ | AUTO NOW ACCEPTANCE CO LLC, P O BOX 1308, PORTSMOUTH OH 45662-1308 address filed with court:, Auto Now Acceptance Co., LLC, P.O. Box 1308, Portsmouth, OH 45662 |
| 20859174 | + | Adena Health System, Lock Box 932035, Cleveland, OH 44193-0007 |
| 20859177 | + | Anthem BCBS OH, P.O. Box 105095, Atlanta, GA 30348-5095 |
| 20859178 | + | Arthritis & Osteoporosis Center of SW OH, 1515 S. Breiel Blvd., Middletown, OH 45044-6701 |
| 20859180 | + | Atrium Medical Center, P.O. Box 932715, Cleveland, OH 44193-0015 |
| 20859182 | + | Brian R. Stahl, MD, P.O. Box 775, Middletown, OH 45044-0775 |
| 20859183 | | Butler Rural Electric, P.O. Box 179, Hamilton, OH 45012-0179 |
| 20859184 | + | Byram Healthcare, P.O. Box 277596, Atlanta, GA 30384-7596 |
| 20859191 | + | Center for Pain management, 3645 E. Main St., PMB # 270, Richmond, IN 47374-5934 |
| 20859193 | + | Citizens State Bank/fl, P O Box 143060, Gainesville, FL 32614-3060 |
| 20859194 | + | City of Middletown, Income Tax Division, One Donham Plaza, Middletown, OH 45042-1960 |
| 20859195 | + | Compunet Clinical Laboratories, P.O. Box 714133, Cincinnati, OH 45271-4133 |
| 20859201 | + | Credit Solutionsof Kentucky, 2277 Thunderstick Dr., Suite 400, Lexington, KY 40505-4878 |
| 20859202 | + | Dave Yost - OH Attorney General, % McCloud Law, LLC, 6422 Main St., Suite 203, Reynoldsburg, OH 43068-2302 |
| 20859210 | + | Finance System, Inc., 5703 National Road, East, Richmond, IN 47374-2619 |
| 20859209 | + | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 20859212 | + | Glockner Finance, 4746 Old Scioto Trail, P.O. Box 1308, Portsmouth, OH 45662-1308 |
| 20859213 | + | Great Miami Valley YMCA, 105 N. Second St., Hamilton, OH 45011-2701 |
| 20859217 | + | J.J. Keller & Assoc., P.O. Box 6609, Carol Stream, IL 60197-6609 |
| 20859218 | + | Jeffrey A. Mitchell, DDS, 2011 Central Ave., Middletown, OH 45044-4403 |
| 20859219 | + | Jennifer M. Ridge, MD, 210 N. Breiel Blvd., Middletown, OH 45042-3889 |
| 20859221 | + | KCI Kinetic Concepts, % Alltran Health, Inc., P.O. Box 519, Sauk Rapids, MN 56379-0519 |
| 20859222 | + | Kettering Anesthesia, 3533 Southern Blvd., Suiter 3400, Dayton, OH 45429-1288 |
| 20859223 | + | Kettering Health Network, P.O. Box 33163, Detroit, MI 48232-5163 |
| 20859224 | | Kettering Physician Network, P.O. Box 182202, Columbus, OH 43218-2202 |
| 20859231 | + | Oreck, 175 E. Alex Bell Rd., Suite 284, Dayton, OH 45459-2794 |
| 20859232 | + | Premier Health, P.O. Box 932715, Cleveland, OH 44193-0015 |
| 20859234 | | Progressive Management Systems, P.O. Box 2220, West Covina, CA 91793-2220 |
| 20859236 | + | Scioto County Clerk of Courts, 602 Seventh St., Room 205, Portsmouth, OH 45662-3951 |
| 20859237 | + | Spectrum, 403 E. Kemper Rd., Cincinnati, OH 45246-3228 |
| 20859238 | + | Steven C. Katchman, Attorney at Law, 137 N. Main St., Suite 1016, Dayton, OH 45402-1871 |
| 20859245 | + | UC Health, % Patient Financial Services, 3200 Burnet Ave., Cincinnati, OH 45229-3019 |
| 20859244 | | UC Health, P.O. Box 630911, Cincinnati, OH 45263-0911 |
| 20859247 | + | United Healthcare, P.O. Box 5480, Carol Stream, IL 60197-5480 |
| 20859250 | + | West Chester Hospital, 7700 University Dr., West Chester, OH 45069-2505 |

TOTAL: 37

District/off: 0648-3 | User: ad | Page 2 of 4
Date Rcvd: Jun 09, 2022 | Form ID: 318 | Total Noticed: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QEKFIELD.COM | Jun 09 2022 22:43:00 | Eileen K Field, 3991 Hamilton Middletown Road, Unit U, Hamilton, OH 45011-6224 |
| cr | + EDI: RMSC.COM | Jun 09 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 20859176 | Email/Text: ebn@americollect.com | Jun 09 2022 18:47:00 | Americollect, P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 20859179 | EDI: ATTWIREBK.COM | Jun 09 2022 22:43:00 | AT & T, P.O. Box 5014, Carol Stream, IL 60197-5014 |
| 20859173 | + Email/Text: bankruptcy@access-receivables.com | Jun 09 2022 18:47:00 | Access Receivable Management, P.O. Box 1377, Cockeysville, MD 21030-6377 |
| 20859190 | EDI: CBCSI.COM | Jun 09 2022 22:43:00 | CBCS, P.O. Box 163279, Columbus, OH 43216-3279 |
| 20859186 | + EDI: CAPITALONE.COM | Jun 09 2022 22:43:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 20859188 | + EDI: CAPITALONE.COM | Jun 09 2022 22:43:00 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 20859185 | + EDI: CAPITALONE.COM | Jun 09 2022 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 20859187 | EDI: CAPITALONE.COM | Jun 09 2022 22:43:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 20859189 | + EDI: CAPITALONE.COM | Jun 09 2022 22:43:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 20859196 | + Email/Text: sstudenka@controlledcredit.com | Jun 09 2022 18:47:00 | Controlled Credit Corporation, 3687 Warsaw Ave., P.O. Box 5154, Cincinnati, OH 45205-0154 |
| 20859197 | + EDI: CONVERGENT.COM | Jun 09 2022 22:43:00 | Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004 |
| 20859198 | + EDI: CONVERGENT.COM | Jun 09 2022 22:43:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 20859199 | + Email/Text: bankruptcy@credencerm.com | Jun 09 2022 18:47:00 | Credence, 17000 Dallas Pkwy., Suite 204, Dallas, TX 75248-1940 |
| 20859200 | + Email/Text: bankruptcy@credencerm.com | Jun 09 2022 18:47:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 20859203 | + EDI: CITICORP.COM | Jun 09 2022 22:43:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 20859227 | + EDI: CITICORP.COM | Jun 09 2022 22:43:00 | Macy's, P.O. Box9001094, Louisville, KY 40290-1094 |
| 20859204 | EDI: DIRECTV.COM | Jun 09 2022 22:43:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 20859205 | + EDI: ESSL.COM | Jun 09 2022 22:43:00 | Dish Network, 9601 S. Meridian Blvd., Englewood, CO 80112-5905 |
| 20859206 | + Email/Text: bankruptcydepartment@tsico.com | Jun 09 2022 18:47:00 | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 20859208 | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 09 2022 18:47:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 20859211 | + Email/Text: bankruptcy@frost-arnett.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 09 2022 18:46:00 | GI Endoscopy Center, % Frost-Arnett Company, P.O. Box 198988, Nashville, TN 37219-8988 |
| 20859215 | + | EDI: IIC9.COM | | |
| | | | Jun 09 2022 22:43:00 | IC System, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 20859216 | | EDI: IRS.COM | | |
| | | | Jun 09 2022 22:43:00 | Internal Revenue Service, Insolvencies, 550 Main St., Room 3525, Cincinnati, OH 45202 |
| 20859220 | ^ | MEBN | | |
| | | | Jun 09 2022 18:42:54 | JP Recovery Services, Inc., P.O. Box 16749, Rocky River, OH 44116-0749 |
| 20859192 | | EDI: JPMORGANCHASE | | |
| | | | Jun 09 2022 22:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 20859225 | + | Email/Text: processing@keybridgemed.com | | |
| | | | Jun 09 2022 18:47:00 | KeyBridge Medical Revenue, Attn: Bankruptcy, Po Box 1568, Lima, OH 45802-1568 |
| 20859226 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 09 2022 18:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 20859228 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 09 2022 18:47:00 | Midland Credit Management, P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 20859230 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | | |
| | | | Jun 09 2022 18:47:00 | Ohio Attorney General, 30 E. Broad St., 14th Floor, Columbus, OH 43215-3414 |
| 20859252 | + | EDI: RECOVERYCORP.COM | | |
| | | | Jun 09 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 20859235 | + | EDI: PINNACLE.COM | | |
| | | | Jun 09 2022 22:43:00 | Radius Global Solutions, P.O. Box 390900, Minneapolis, MN 55439-0990 |
| 20859239 | + | EDI: RMSC.COM | | |
| | | | Jun 09 2022 22:43:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 20859241 | + | EDI: RMSC.COM | | |
| | | | Jun 09 2022 22:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 20859242 | | EDI: AISTMBL.COM | | |
| | | | Jun 09 2022 22:43:00 | T-Mobile, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 20859243 | | Email/Text: DL-ICOMSBankruptcy@charter.com | | |
| | | | Jun 09 2022 18:47:00 | Time Warner Cable - SWO Division, P.O. Box 1060, Carol Stream, IL 60132-1060 |
| 20859246 | | Email/Text: BAN-U140190@ucbinc.com | | |
| | | | Jun 09 2022 18:47:00 | United Collection Bureau, P.O. Box 140190, Toledo, OH 43614-0190 |
| 20859249 | | Email/Text: collectionsoperationsgroup@vystarcu.org | | |
| | | | Jun 09 2022 18:47:00 | Vystar Credit Union, Attn: Bankruptcy, Po Box 45085, Jacksonville, FL 32232 |
| 20859248 | + | EDI: VERIZONCOMB.COM | | |
| | | | Jun 09 2022 22:43:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 20859251 | + | EDI: CAPITALONE.COM | | |
| | | | Jun 09 2022 22:43:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20859214 | | Home Advisor |
| 20859240 | | Syncb/walmart |
| cr | *P++ | AUTO NOW ACCEPTANCE CO LLC, P O BOX 1308, PORTSMOUTH OH 45662-1308, address filed with court:, Auto Now Acceptance Co., LLC, P.O. Box 1308, Portsmouth, OH 45662 |
| 20859207 | ##+ | Express Scripts, P.O. Box 790227, Saint Louis, MO 63179-0227 |
| 20859229 | ##+ | National Payment Center, US Dept. of Education, P.O. Box 105028, Atlanta, GA 30348-5028 |
| 20859233 | ##+ | Premium Assignment Corp., P.O. Box 8800, Tallahassee, FL 32314-8800 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0648-3 | User: ad | Page 4 of 4 |
| Date Rcvd: Jun 09, 2022 | Form ID: 318 | Total Noticed: 78 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Day) | USTPRegion09.CB.ECF@usdoj.gov |
| Carl D Ferris | on behalf of Joint Debtor Ruth Ann Adams FerrisLawOffice@aol.com  r56794@notify.bestcase.com |
| Carl D Ferris | on behalf of Debtor Billy Ray Adams FerrisLawOffice@aol.com  r56794@notify.bestcase.com |
| Chadwick K. Sayre | on behalf of Creditor Auto Now Acceptance Co.  LLC chadsayre@glockner.com, shirleyfell@glockner.com |
| Eileen K Field | eileenfield.trustee@fuse.net  efield@ecf.axosfs.com |

TOTAL: 5